IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Barbara Myers, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-00231 |
| | ) | |
| Vs. | ) | Judge: The Honorable |
| | ) | Gary Feinerman |
| Condominiums of Edelweiss, an Illinois corporation, and Eugene Smaciarz, | ) ) | |
| Clorinda Lopez, Judith A. Galati, | ) | Magistrate Judge: |
| Mary Lou Degdio, and Renee Weighill | ) | |
| | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II & III OF PLAINTIFF'S COMPLAINT.

NOW COMES Defendants, Condominiums of Edelweiss, an Illinois not-for-profit corporation, Eugene Smaciarz, Clorinda Lopez, Judith A. Galati, Mary Lou Degdio and Renee Weighill, by and through their attorneys, Gerald J. Sramek of the firm of Barrett & Sramek, and moves this Court for the entry of an Order granting all Defendants Summary Judgment on Counts I, II & III of Plaintiff's Complaint, and in support thereof, states as follows:

1. On January 11, 2011, Plaintiff filed a Three Count Complaint with this Court.

2. Count I of the Complaint alleged a violation of the Fair Housing Act (42 U.S.C. 3604) while Counts II and III alleged causes of action for Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress respectively.

3. Defendants filed an Answer denying the material allegations of all three counts of the complaint.

4. In support of this Motion, Defendants have filed their Memorandum of Law in Support of this Motion and their Statement of Material Facts as to which there is no genuine issue, pursuant to Northern District of Illinois L56.1(a)(3).

5. Based upon the arguments and evidence presented, this Court should enter summary judgment in favor of all Defendants on all counts of the complaint because there are no issues of triable fact and Defendants are entitled to judgment as a matter of law.

>Respectfully submitted:
>
>All Defendants
>
>By: ___/s/ Gerald J. Sramek___
>        One of their attorneys

Attn ID: 2697106
Gerald J. Sramek
Barrett & Sramek
6446 West 127th Street
Palos Heights, IL 60463
708-371-8500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 25, 2013, a true and correct copy of DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I, II AND III OF PLAINTIFF'S COMPLAINT, was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

                                          ___/s/ Gerald J. Sramek___
                                          Gerald J. Sramek
                                          Attorney for all Defendants

Attn ID: 2697106
Gerald J. Sramek
Barrett & Sramek
6446 West 127th Street
Palos Heights, IL 60463
708-371-8500